United States District Court
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 21, 2026

SEAN F. MCAVOY, CLERK

Albert James Reeves III

Warran Junior Reeves

Albert James Reeves JR

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

immigraition Ice, city of spokane

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**Case No.** 2:26-cv-00364-EFS
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Reeves Albert James III
Name (Last, First, MI)

1830 eagle crest way
Street Address

Clellam bay | WA | 98326
County, City | State | Zip Code

N/A
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Ice immigration
Name (Last, First)

920 W Riverside Ave 691
Street Address

Spokane | WA | 99201
County, City | State | Zip Code

Defendant 2: City of spokane
Name (Last, First)

808 W Spokane falls Blvd
Street Address

Spokane | WA | 99201
County, City | State | Zip Code

Plantiff

Reeves Albert James JR

name (last, first, MI)

unknown

street address

| | | |
|---|---|---|
| Spokane | WA | unknown |
| County, city | State | zip code |

5094282848 number

Reeves warran Junior

name (last, first, MI)

unknown

street address

| | | |
|---|---|---|
| Spokane | WA | unknown |
| county, city | State | zip code |

5096087577

**Defendant(s) Continued**

Defendant 3: ______________________________

Name (Last, First)

______________________________

Street Address

______________________________

County, City | State | Zip Code

Defendant 4: ______________________________

Name (Last, First)

______________________________

Street Address

______________________________

County, City | State | Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

8th Amendment U.S. constitution, 14th Amendment U.S. Constitution
Ruther ford B Hayes executive order ~ Stopped executive orders
1919,

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

only place it can be filed

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: City of Spokane

Date(s) of occurrence: 1881

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

on Jan 18th 1881 Ruther ford B Hayes the U.S. president Made an executive order to the spokane tribe, More boundaries 1106 acres Along the spokane river to 154 to 155 acres Now today wellpinit washington the spokane tribe, sense Jan 18th 1881 there has been water damage, to where the fish and wildlife are Uneatable. avista has a dam connected where the spokane tribe boundaries used to be, there also has been property built

where the Spokane tribe boundaries used to be. In 1871 the federal government stopped treaties with native american tribes in 1919 the federal government stopped ~~making~~ creating reservation executive orders. made the spokane tribe fermerself government

Was anyone else involved?

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

[redacted] punitive, nominal, compensatory, mitigation

uneatable fish and wildlife, Dam connected to tribal land, that catches kills fish. Damage to the spokane River.

## VI. RELIEF

The relief I want the court to order is:

AR ☒ Money damages in the amount of: $ [redacted] 1 Billion

☑ Other (explain):

I Albert James Reeves III is asking for one citizenship to the united states of America, spokane tribe an sovereign State. and Am also asking you give warren Junior Reeves and Albert James Reeves JR one citizenship the Spokane tribe. I am also asking for all of the 1164 acres of land back to the spokane tribe.

Relief paying to fix water damage, paying to spokane tribe, paying to fix fish and wildlife and make it where People can live off of spokane river as a food support system

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

8/18/26
Dated

Albert James Reeves ##
Plaintiff's Signature

Reeves Albert James ##
Printed Name (Last, First, MI)

1830 eagle crest Way — Address
Clallam bay — City
WA — State
99326 — Zip Code

N/A
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*